```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                        EASTERN DIVISION
```

Boards of Trustees of the       :
Ohio Laborers' Fringe
Benefit Programs,               :

      Plaintiffs,             :

   v.                           :       Case No. 2:05-cv-0216

Environmental Affairs           :       MAGISTRATE JUDGE KEMP
Management, Inc., et al.,
                                    :

      Defendants.

<u>ORDER</u>

      Plaintiffs' unopposed motion to enforce settlement agreement (#57) is granted.  See <u>Re/Max Intern. v. Realty One</u>, 271 F.3d 633 (6th Cir. 2001).  The Court declares that the parties reached a settlement in this matter as reflected in the settlement agreement attached to the motion.  The Court further declares that defendants are in breach of that agreement.  The Clerk shall therefore enter judgment against Defendant Environmental Affairs Management, Inc. only in the amount of $36,718.34 plus interest at the rate of 8% per annum.  Defendant Environmental Affairs Management, Inc. is further ordered to notify plaintiffs of all projects it is currently working on, all receivables it is currently owed, and all projects it undertakes, including the name, owners, and general contractors on those projects, with the first such report to be made in 30 days.  This action is terminated.

                                          /s/ Terence P. Kemp
                                          United States Magistrate Judge